O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THERESA BROOKE, | Case No: 2:22-cv-2719-MEMF (MRWx) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE [ECF NO. 21]** |
| v. | |
| WINDSOR CAPITAL GROUP INC., | |
| Defendant. | |

The Court, having considered the parties' Joint Motion to Dismiss Case with Prejudice and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. The case is dismissed with prejudice; and
2. Each party will bear its own costs, fees, and expenses.

IT IS SO ORDERED.

Dated: September 1, 2022

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge